UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARQUETTE TRANSPORTATION COMPANY, LLC** | CIVIL ACTION |
| | NO. |
| **VERSUS** | |
| | JUDGE |
| **M/V CENTURY DREAM, her engines, tackle, apparel, bunkers, etc., in rem; HIONG GUAN NAVEGACION CO., LTD.; and SPLENDID FLEET CORP.** | MAGISTRATE JUDGE |

## VERIFIED COMPLAINT

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Marquette Transportation Company, LLC ("Marquette"), and for its Verified Complaint against defendant, M/V CENTURY DREAM, *in rem,* Hiong Guan Navegacion Co. Ltd., and Splendid Fleet Corp., stating an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, respectfully represents upon information and belief as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. §1333.

1

2.

Plaintiff, Marquette, is a Delaware limited liability company, having its principal place of business in Paducah, Kentucky, and is the owner and/or operator of the M/V JOHN PAUL ECKSTEIN.

3.

Defendant, M/V CENTURY DREAM, *in rem* (at times the "Vessel"), is, upon information and belief, a foreign flagged vessel which is and was at all relevant times engaged in maritime commerce in the waters of the United States and/or the U.S. Gulf of Mexico.

4.

Defendant, Hiong Guan Navegacion Co. Ltd., is, upon information and belief, a foreign company which at all relevant times was the ship manager and beneficial owner and/or operator of M/V CENTURY DREAM.

5.

Defendant, Splendid Fleet Corp. is, upon information and belief, a foreign company which at all relevant times was the registered owner of the M/V CENTURY DREAM.

6.

On or about January 21, 2016, M/V CENTURY DREAM was underway, navigating downbound in the Mississippi River near College Point, Mile 155 AHP of the Mississippi River, and overtook the JOHN PAUL ECKSTEIN in such a way so as to cause the JOHN PAUL ECKSTEIN to contact and cause damage to Barge LTD 363 under her tow and Barge ACL 01146 in the nearby American Commercial Lines fleet.

7.

As result of the aforesaid casualty, plaintiff has sustained liabilities and damages, together with loss of use, survey and salvage fees, and other expenses presently estimated at

$1,500,000.00, not including attorneys' fees, interest, and costs, all of which are claimed and demanded as recoverable damages in this Complaint.

8.

The damage resulting from this incident was not caused or contributed to by any fault or negligence by the navigators of JOHN PAUL ECKSTEIN, but was caused by the negligence of the navigators of CENTURY DREAM properly to navigate and control their ship, and the unseaworthiness of CENTURY DREAM, for all of which Hiong Guan Navegacion Ltd. and Splendid Fleet Corp. are responsible.

9.

Under United States general maritime law, Marquette has a maritime lien on the M/V CENTURY DREAM, that was impressed upon her at the time of this incident, for the entire amount owed to Marquette of $1,500,000.00, or such greater amount as will be proven at trial, plus interest, costs and attorney's fees.

10.

Upon information and belief, the M/V CENTURY DREAM is presently, or will during the pendency of this action be, on the navigable waters of the United States within the jurisdiction of this Honorable Court, and is subject to arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to enforce Marquette's maritime lien on the Vessel.

11.

All and singular, the foregoing is true and correct and within the admiralty and maritime jurisdiction of this Honorable Court.

12.

Plaintiff, Marquette, reserves the right to supplement and amend this Verified Complaint as necessary and appropriate through the discovery of additional information relevant hereto.

WHEREFORE, plaintiff, Marquette Transportation Company, LLC, prays:

1. That process issue from this Honorable Court in proper form instructing the United States Marshal for this District to issue and effect a warrant for arrest of the M/V CENTURY DREAM, *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

2. That the United States Marshal for this District arrest the said Vessel and maintain custody over the Vessel until such time as claimant thereto posts security sufficient in form and amount to secure plaintiff's claims herein;

3. That those claiming an interest in the said Vessel be required to file a claim to the said Vessel and answer, all and singular, the allegations of this Verified Complaint;

4. That after further proceedings be had, judgment be entered herein in favor of the plaintiff and against the M/V CENTURY DREAM, *in rem*, in the amount of $1,500,000.00, plus accrued interest, costs, attorney's fees and all such other sums to which plaintiff is entitled as will be proven at the trial of this matter;

5. That after further proceedings, the M/V CENTURY DREAM be condemned and sold to satisfy the claims asserted herein by plaintiff, or, alternatively, that plaintiff have satisfaction of its claim out of the security, if any, posted to secure the Vessel's release; and

6. For all such other and further relief that law, justice, equity and the nature of this case will allow.

7.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

        BY:   */s/ Evans Martin McLeod*
              Evans Martin McLeod, (Bar #24846)
              Adam N. Davis, (Bar #35740)
              Canal Place | 365 Canal Street, Suite 2000
              New Orleans, Louisiana 70130-6534
              Telephone: 504-566-1311
              Telecopier: 504-568-9130
              Email: marty.mcleod@phelps.com
                    adam.davis@phelps.com

        ATTORNEYS FOR PLAINTIFF MARQUETTE
        TRANSPORTATION COMPANY, LLC

**PLEASE ISSUE A WARRANT OF ARREST
AGAINST THE M/V CENTURY DREAM, AND
SERVE THE SAID WARRANT ON THE MASTER
OF THE M/V CENTURY DREAM, PRESENTLY
UNDERWAY IN THE MISSISSIPPI RIVER
WITHIN THE JURISDICTION OF THIS HONORABLE COURT**