| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARQUETTE TRANSPORTATION COMPANY, LLC | 16-522 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CENTURY DREAM | |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ M/V CENTURY DREAM  MM #115
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Mile Marker 115, New Orleans, LA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Adam Davis
365 Canal St., Ste. 2000
New Orleans, LA 70130

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please call Dennis at 259-5824.

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 504 584 9205
DATE: 1-21-16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 34
District to Serve No. 34
Signature of Authorized USMS Deputy or Clerk: Vita Jones
Date: 1/21/16

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
X CAPT. VICENTE E. ROQUE   MASTER

[Stamp: CENTURY DREAM MASTER PANAMA]

Date of Service: 1/22/16
Time: 10:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $195 | $19.21 | — | 214.21 | | | |

REMARKS: