## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUETTE TRANSPORTATION COMPANY, LLC** | * | **CIVIL ACTION** |
| | * | **NO. 2:16-cv-00522** |
| **VERSUS** | | |
| | * | **SECTION "L" (2)** |
| **M/V CENTURY DREAM, her engines, tackle, apparel, bunkers, etc., in rem; HIONG GUAN NAVEGACION CO., LTD.; and SPLENDID FLEET CORP.** | * | **JUDGE FALLON MAG. WILKINSON** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Hiong Guan Navegacion Co., Ltd. ("Hiong Guan") and for Answer the Verified Complaint of Marquette Transportation Company, LLC ("Marquette"), asserts on information and belief:

## FIRST DEFENSE

Marquette's Complaint fails to state a claim against Hiong Guan upon which relief can be granted.

## SECOND DEFENSE

Hiong Guan pleads the defense of insufficiency of service of process.

## THIRD DEFENSE

Hiong Guan maintains that at no time was it or any of its employees or representatives in any way negligent or at fault in causing the incident alleged, and if any party was negligent or at fault in causing this incident and/or Marquette's alleged damages, it was a party for whom Hiong Guan is not responsible.

## FOURTH DEFENSE

And now, answering the specific allegations of Marquette's Complaint, Hiong Guan:

States that Article 1 does not require an answer on behalf of Hiong Guan. However, if answer is required, Hiong Guan denies this Honorable Court has personal jurisdiction over it;

Denies Article 2 for lack of sufficient information to justify a belief in the truth thereof;

Denies Article 3, except it admits that the M/V CENTURY DREAM is a foreign flagged vessel;

Denies Article 4, except it admits Hiong Guan is a foreign company and was the Manager of the M/V CENTURY DREAM in January 2016;

Admits Article 5;

Denies Article 6, 7, 8, 9, 10, 11 and 12;

Denies Marquette's Prayer for Relief.

## FIFTH DEFENSE

Further answering, Hiong Guan alleges that if Marquette sustained any damages in the manner alleged in the Complaint, which is specifically denied, then the incident complained of and any associated damages were solely caused or contributed to by Marquette's own negligence, fault, and/or lack of due care, and/or the unseaworthiness of its vessel, the JOHN PAUL ECKSTEIN, and/or the negligence, fault or lack of due care of the JOHN PAUL ECKSTEIN's crew and/or management.  Hiong Guan specifically pleads the defense of comparative negligence.

## SIXTH DEFENSE

Hiong Guan contends that Marquette did not take the proper steps to make the JOHN PAUL ECKSTEIN in all respects seaworthy and failed to comply with applicable safety rules.

## SEVENTH DEFENSE

Hiong Guan further contends that Marquette failed to mitigate its alleged damages and Marquette is placed on the full proof of the fairness and reasonableness of the steps, if any, taken to minimize its alleged damages, if any.

**WHEREFORE**, Defendant, Hiong Guan prays:

1.     That its Answer be deemed good and sufficient;

2.     That after due proceedings, Marquette's suit against Hiong Guan Navegacion Co., Ltd.  be dismissed, with prejudice, at Marquette's cost, and

3.     For all further relief to which it is entitled.

<div style="margin-left:40%">

Respectfully submitted

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

*/s/ Peter B. Tompkins*
_____
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Charles L. Whited, Jr. (#15095)
cwhited@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
 701 Poydras Street
400 One Shell Square
New Orleans, LA   70139
Telephone:  (504) 523-0400
Facsimile:  (504) 523-5574
Attorneys for Hiong Guan Navegacion Co., Ltd.

</div>

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that 8 March 2016, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

*/s/ Peter B. Tompkins*

_____

150/5107